# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.3:15-po-78 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| LAURENCE JORDAN, | : | |
| Defendant. | : | |

## ORDER REVOKING PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on May 9, 2019 pursuant to a Warrant for Arrest issued November 9, 2018 commanding Defendant to show cause why his probation should not be revoked as set forth in the Petition filed September 13, 2018.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the conditions set forth in the terms of his probation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

After allowing Defendant and his counsel an opportunity to make a statement, the Court proceeded to sentencing. Defendant is sentenced to a term of imprisonment of Three (3) days, with credit for time served.

May 9, 2019

                                               s/Sharon L. Ovington
                                                    Sharon L. Ovington
                                         United States Magistrate Judge